Morrison v South Union RD HC, LLC (2024 NY Slip Op 03313)

Morrison v South Union RD HC, LLC

2024 NY Slip Op 03313

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, OGDEN, AND NOWAK, JJ. (Filed June 14, 2024.) 

MOTION NO. (889/23) CA 23-00023.

[*1]JAZMON MORRISON, PLAINTIFF-RESPONDENT,
v
SOUTH UNION RD HC, LLC, AND WILLIAMSVILLE SUBURBAN, LLC, DEFENDANTS-APPELLANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.